1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL DEAN SHEETS,                 )              1:98-CV-6506 AWI SMS P
                                          )
12              Plaintiff,                )              ORDER GRANTING EXTENSION OF TIME
                                          )              TO FILE APPEAL
13                                        )              (DOCUMENT #110)
          v.                              )
14                                        )
      Cal A. TERHUNE, et al.,             )
15                                        )
                Defendants.               )
16    _____)

17

18          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19    § 1983.  On March 22, 2006, Plaintiff's case was dismissed based on plaintiff's failure to exhaust and

20    judgment was entered.  On May 18, 2006, Plaintiff  filed a motion to extend time to file an appeal.

21          A notice of appeal must be filed by the district clerk within 30 days after the judgment or

22    order appealed from is entered.  See FRAP 4(a)(1)(A).  However, the district court may extend time to

23    file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal

24    expires, and the party shows excusable neglect or good cause.  See FRAP 4(a)(5)(A).  Plaintiff filed his

25    motion to extend time on May 18, 2006,  which is within 30 days after the expiration time for filing his

26    appeal.  In his motion to extend time, Plaintiff shows good cause for the extension, citing an attempt to

1  forward a notice of appeal to the court on April 19, 2006.  Plaintiff contends this notice was returned by

2  the United States Postal Service marked "undeliverable".   While Defendants oppose Plaintiff's motion,

3  the court has insufficient evidence before it to conclude that Plaintiff is lying to the court when he asserts

4  his notice of appeal was timely given to prison officials for mailing but returned by the United States

5  Postal Service.   Absent a finding that Plaintiff is lying, Plaintiff has shown good cause for an extension.

6        Accordingly, good cause having been presented to the court, and GOOD CAUSE

7  APPEARING, IT IS HEREBY ORDERED that petitioner's motion to extend time to file the appeal is

8  GRANTED nunc pro tunc to May 18, 2006.  The court takes note that Exhibit 'A' attached to his motion

9  for extension of time is the Notice of Appeal.

10

11  IT IS SO ORDERED.

12  **Dated:    July 6, 2006**                        _____ **/s/ Anthony W. Ishii** _____
    0m8i78                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26