# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEAN SHEETS,<br><br>        Plaintiff,<br><br>    v.<br><br>C. A. TERHUNE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:98-CV-06506-AWI-SMS-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE AND PROCESS NOTICE OF APPEAL, WHICH SHALL REFLECT A FILING DATE OF MAY 18, 2006<br><br>(Doc. 110) |

      Plaintiff Daniel Dean Sheets ("plaintiff") is a prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2006, the Honorable Anthony W. Ishii dismissed this action based on plaintiff's failure to exhaust the administrative remedies as required by 42 U.S.C. § 1997e(a). On May 18, 2006, plaintiff filed a motion seeking an extension of time to file an appeal and included a proposed notice of appeal as Exhibit A. On July 7, 2006, Judge Ishii granted plaintiff's motion nunc pro tunc to May 18, 2006. However, due to administrative oversight, the notice of appeal was not filed and processed.

      Accordingly, the Clerk's Office is HEREBY DIRECTED to file and process the notice of appeal attached as Exhibit A to plaintiff's motion for an extension of time. In accordance with Judge Ishii's order of July 7, 2006, the appeal SHALL reflect a filing date of May 18, 2006.

IT IS SO ORDERED.

**Dated:   September 11, 2006**        **/s/ Sandra M. Snyder**
icido3                      UNITED STATES MAGISTRATE JUDGE