UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



OCT 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

DANIEL DEAN SHEETS,

        Plaintiff - Appellant,

  v.

CAL A. TERHUNE; et al.,

        Defendants - Appellees.

No.  06-16755

D.C. No.  CV-98-06506-AWI

**ORDER**

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:   /0 -/2 -0 6